Frances Lee Porter, appellee, v. Washington Porter II et al., defendants, on appeal of Washington Porter II, appellant. Gen. No. 35,636.

Opinion filed December 29, 1931.

Silber, Isaacs, Silber & Woley, for appellant; Frederick D. Silber and Donald N. Clausen, of counsel. Wilson & McIlvaine, for appellee; J. F. Dammann, Kenneth F. Montgomery and W. Philo Gilbert, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Francis Lee Porter, appellee, v. Washington Porter II et al., defendants, on appeal of Washington Porter II, appellant. Gen. Nos. 35,637 and 35,638.

Opinion filed December 29, 1931.

Silber, Isaacs, Silber & Woley, for appellant; Frederick D. Silber and Donald N. Clausen, of counsel. Wilson & McIlvaine, for appellee; J. F. Dammann, Kenneth F. Montgomery and W. Philo Gilbert, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Dennis J. Finn, defendant in error, v. Martin P. Frain, plaintiff in error. Gen. No. 34,900.

Opinion filed December 29, 1931.

Rosenberg, Corlett & Toomin, for plaintiff in error; Philip R. Toomin and Milton M. Hermann, of counsel. Kirkland, Fleming, Green & Martin, for defendant in error; Edward C. Caldwell and William H. Symmes, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Emerson B. Stoddard, appellant, v. St. Mary's Home for Children et al., appellees. Gen. No. 35,165.

Opinion filed December 29, 1931.

Arthur L. Ballas, for appellant. George A. Mason, for certain appellee; Henry B. Mason, of counsel. Poppenhusen, Johnston, Thompson & Cole, for certain other appellee; Karl M. Gibbon and Henry G. O'Donnell, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.